UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Bradley C. Reifler

Defendant(s).

--------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 512 (  ) (  )

Defendant ___**Bradley C. Reifler**___ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

**X**
___  Initial Appearance Before a Judicial Officer

___  Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

___/s/___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Bradley C. Reifler**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Stephen G. Topetzes**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**12/03/2020**
Date

_____
U.S. District Judge/U.S. Magistrate Judge